# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>GINA RAIMONDO, United States Secretary of Commerce; JANET COIT, Assistant Administrator, NOAA Fisheries; NATIONAL MARINE FISHERIES SERVICE<br><br>*Defendants*. | Case No. 23-809 |

## CORPORATE DISCLOSURE STATEMENT

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia::

I, the undersigned counsel of record for Plaintiff the Center for Biological Diversity, certify that to the best of my knowledge and belief, the Center for Biological Diversity has no parent companies, subsidiaries, or any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 27, 2023

Respectfully submitted,

_____
Catherine W. Kilduff, DC Bar # 1026160
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612

ckilduff@biologicaldiversity.org
Ph: (510) 844-7109

*Attorney for Plaintiff*