IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>  v.<br><br>GINA RAIMONDO *et al.*,<br><br>    Defendants. | Case Number: 1:23-cv-00809-CRC |

**DECLARATION OF EMILY JEFFERS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Emily Jeffers, hereby declare as follows:

1. My full name is Emily Suzanne Jeffers.

2. My name, office address, and telephone number are as follows:

    Emily Jeffers
    Center for Biological Diversity
    1212 Broadway, Suite 800
    Oakland, California 94612
    Tel: 510-844-7109

3. I have been admitted to the following bars and courts:

    California State Bar (Bar No. 274222)
    Supreme Court of California
    Ninth Circuit Court of Appeals
    U.S. District Court for the Northern District of California
    U.S. District Court for the Central District of California

4. I certify that I have not been disciplined by any bar and am currently in good

standing with all states, courts, and bars in which I am admitted.

5. I have appeared *pro hac vice* in this Court once within the last two years, in case number 1:21-cv-02210-JDB (admitted *pro hac vice* August 19, 2021).

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland, California, this 12th day of April, 2023.

Respectfully submitted,

/s/ Emily Jeffers

Emily Jeffers
Center for Biological Diversity
1212 Broadway, Ste. 800
Oakland, CA 94612
Tel: 510-844-7109
Email: ejeffers@biologicaldiversity.org